# United States District Court

AO 245D (Rev. 09/17)
Sheet 1- Judgment in a Criminal Case for Revocations

Eastern District of Missouri

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| CHRISTOPHER CLINTON | Case Number: 4:05CR00260-1 RWS |
| | USM Number: 31936-044 |
| | Kevin Curran |
| | Defendant's Attorney |

THE DEFENDANT:

☒ admitted guilt to violation of conditions(s)  see below  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard Condition #13 | You must follow the instructions of the probation officer related to the conditions of supervision. | 3/18/18<br>1/18, 2/18 |
| Special Condition (per modification of conditions on 10/4/17) | The defendant will reside in a residential reentry center for a term of not more than four months. You must follow the rules and regulations of the center. | 3/18/18 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. NO : 0496
Defendant's Date of Birth: 12/1/1979

City and State of Defendant's Residence:
5025 Cote Brilliante Avenue, St. Louis, MO  63113

July 12, 2018
Date of Imposition of Judgment

_/s/ signature_
Signature Judge

RODNEY W. SIPPEL
CHIEF UNITED STATES DISTRICT JUDGE
Name and Title of Judge

July 12, 2018
Date

Record No.:  206

Judgment-Page 2 of 2

DEFENDANT: CHRISTOPHER CLINTON
CASE NUMBER: 4:05CR00260-1 RWS
District: Eastern District of Missouri

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 12 MONTHS AND ONE DAY

This term consists of 12 months and one day on each of counts one and two, all such terms to be served concurrently.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　☐ at _____ a.m./pm on _____
　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　☐ before 2 p.m. on _____
　☐ as notified by the United States Marshal
　☐ as notified by the Probation or Pretrial Services Office

MARSHALS RETURN MADE ON SEPARATE PAGE



DEFENDANT: CHRISTOPHER CLINTON
CASE NUMBER: 4:05CR00260-1 RWS
USM Number: _____

## UNITED STATES MARSHAL
## RETURN OF JUDGMENT IN A CRIMINAL CASE

I have executed this judgment as follows:

_____

_____

The Defendant was delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
  Deputy U.S. Marshal

☐   The Defendant was released on _____ to_____ Probation

☐   The Defendant was released on _____ to_____ Supervised Release

☐   and a Fine of_____   ☐ and Restitution in the amount of_____

UNITED STATES MARSHAL

By _____
  Deputy U.S. Marshal

I certify and Return that on _____, I took custody of _____

at _____ and delivered same to _____

on _____ F.F.T. _____

U.S. MARSHAL E/MO

By DUSM _____